**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | No. CR 94-243 PCT RCB |
| Plaintiff/Respondent, ) | CIV 05-1580 PCT RCB (JI) |
| ) | |
| vs. ) | O R D E R |
| ) | |
| LARRY SAYETSITTY, ) | |
| ) | |
| Defendant/Movant. ) | |

On June 19, 2006, the Court entered an order adopting the magistrate judge's report and recommendation (doc. # 377) (R&R) recommending that Movant Larry Sayetsitty's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. # 366) be denied and dismissed with prejudice.  Order (doc. # 380). After granting Movant's motion for extension of time (doc. # 378), the Court considered Movant's objections, which were included with his motion, and determined that his § 2255 motion was time-barred by the one-year statute of limitations established by the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Judgment (doc. # 381) was entered the next day dismissing the case.

1  A copy of the judgment was mailed to Movant by the Clerk of the
2  Court, but was recently returned as undeliverable because Movant
3  had failed to file notice of his change of address.[1]  <u>See</u> Notice
4  (doc. # 384).  Thus, unaware of the termination of his case, Movant
5  has since filed another motion for an extension of time (doc. #
6  383) accompanied by another set of objections (doc. # 382) to the
7  R&R.  As this action has already been terminated after the Court's
8  consideration of Movant's first set of objections (doc. # 378),

9      **IT IS THEREFORE ORDERED** that Movant's second motion for an
10 extension of time (doc. # 383) is DENIED and dismissed as moot.

11     DATED this 1st day of August, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and Movant pro se

---

[1] Although it is a litigant's responsibility to notify the Court of any change of address by way of a properly filed notice, the Clerk of the Court has since discovered Movant's new address and has again mailed copies of the Court's order and judgment dismissing the case (doc. ## 380-81) to Movant Larry Sayetsitty (# 40186-008) at the United States Penitentiary at 3901 Klein Boulevard, Lompoc, California 93436.